UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISLAM ABEED,

          Plaintiff,

      v.

TOYOTA MOTOR CORPORATION, *et al.*,

          Defendants.

Case No. 2:24-cv-05284-FLA (MAAx)

**ORDER GRANTING JOINT STIPULATION ON ACCEPTANCE OF SERVICE AND EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT [DKT. 12]**

Upon the Joint Stipulation (Dkt. 12) submitted by Plaintiff Islam Abeed ("Plaintiff") and Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, Akio Toyoda, and Kenta Kon (collectively, "Defendants"), and good cause being shown, the court hereby ORDERS as follows:

1.    The undersigned attorneys for Defendants in the Joint Stipulation accept service on behalf of Defendants as of the date of the Joint Stipulation, without waiver of, or prejudice to, any of Defendants' rights or defenses (other than improper service) including, but not limited to, with respect to personal jurisdiction or venue.

2.    Subject to paragraph 3, Defendants shall have no obligation to answer or otherwise respond to, and each Defendant hereby is expressly relieved from answering or otherwise responding to, the Complaint.

3.    Within fourteen (14) calendar days after the appointment of a lead plaintiff and approval of lead counsel pursuant to the PSLRA in this action, lead counsel and counsel for Defendants shall confer and jointly submit a proposed schedule for the filing of an amended complaint (or designation of an operative complaint) and Defendants' response thereto. Defendants shall then respond to the lead plaintiff's filing of an operative complaint (whether the Complaint or an amended complaint) in accordance with the schedule ordered by the court.

IT IS SO ORDERED.

Dated: August 6, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge