Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movants and [Proposed]*
*Co-Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM ABEED, Individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, KOJI SATO, YOICHI MIYAZAKI, AKIO TOYODA, and KENTA KON,<br><br>       Defendants. | Case No. 2:24-cv-05284-FLA-MAA<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF AZIZ ASARIA AND AKBER ALI ASARIA IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: Fernando L. Aenlle-Rocha<br>HEARING: September 20, 2024<br>TIME: 1:30 p.m.<br>CTRM: 6B |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF AZIZ ASARIA AND AKBER ALI ASARIA IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION
2:24-cv-05284-FLA-MAA

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Aziz Asaria and Akber Ali Asaria ("Movants"). I make this declaration in support of Movants' Memorandum of Law in Opposition to Competing Lead Plaintiff Motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto are true and correct copies of the following documents:

Exhibit A:    True and correct list of Patel's ADS transactions outside of the daily range; and

Exhibit B:    True and correct list of Patel's options transactions outside of the daily range.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 30th day of August 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF AZIZ ASARIA AND AKBER ALI ASARIA IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION
2:24-cv-05284-FLA-MAA

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On August 30, 2024, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF AZIZ ASARIA AND AKBER ALI ASARIA IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on August 30, 2024.

/s/ Laurence M. Rosen
Laurence M. Rosen

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF MEMORANDUM OF LAW OF AZIZ ASARIA AND AKBER ALI ASARIA IN OPPOSITION TO COMPETING LEAD PLAINTIFF MOTION
2:24-cv-05284-FLA-MAA