**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Movant*
*Dr. Prafulchandra Patel and Proposed*
*Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM ABEED, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, KOJI SATO, YOICHI MIYAZAKI, AKIO TOYODA, and KENTA KON,<br><br>Defendants. | No.: 2:24-cv-05284-FLA-MAA<br><br>**SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF DR. PRAFULCHANDRA PATEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY AND FURTHER SUPPORT OF MOTION FOR LEAD PLAINTIFF**<br><br>Judge: Hon. Fernando L. Aenlle-Rocha<br>Date: September 20, 2024<br>Time: 1:30 p.m.<br>Courtroom: #6B |

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1.    I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Dr. Prafulchandra Patel ("Movant") and proposed Lead Counsel for the Class. I respectfully submit this supplemental declaration in further support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel for the Class in the above-reference action.

2.    Attached hereto as the exhibit is a true and correct copy of the following:

**Exhibit A:**  Correspondence between Movant's counsel and counsel for competing movants, Aziz Asaria and Akber Ali Asaria, containing confidential excerpts of Movant's brokerage statements.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: September 6, 2024                    Respectfully submitted,

**LEVI & KORSINSKY, LLP**

*/s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Lead Plaintiff Movant Dr. Prafulchandra Patel and Proposed Lead Counsel for the Class*

**CERTIFICATE OF SERVICE**

I, Adam M. Apton, hereby declare under penalty of perjury as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 445 South Figueroa Street, 31st Floor, Los Angeles, CA 90071. I am over the age of eighteen.

On September 6, 2024, I electronically filed the following **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN SUPPORT OF DR. PRAFULCHANDRA PATEL'S MEMORANDUM OF POINTS AND AUTHORITIES IN REPLY AND FURTHER SUPPORT OF MOTION FOR LEAD PLAINTIFF** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 6, 2024.

*/s/ Adam M. Apton*
Adam M. Apton