# EXHIBIT A



445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Tel: (213) 985-7290
www.zlk.com

**Adam M. Apton**
aapton@zlk.com

August 31, 2024

**VIA ELECTRONIC MAIL**

Laurence M. Rosen
Phillip Kim
The Rosen Law Firm, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
lrosen@rosenlegal.com
pkim@rosenlegal.com

Brian Schall
Rina Restaino
The Schall Law Firm
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
brian@schallfirm.com
rina@schallfirm.com

Re:     *Abeed v. Toyota Motor Corporation, et ano.*
        Case No. 2:24-cv-05284-FLA-MAA

Dear Counsel:

Our office represents lead plaintiff movant Prafulchandra Patel. Last night you filed an opposition against Mr. Patel accusing him of submitting "false trading information" in his PSLRA certification. ECF No. 23 at 3. Attached please find confidential excerpts of Mr. Patel's brokerage statements showing that the trade information he submitted in support of his motion was, in fact, accurate. Please immediately correct or withdraw the claims you made in your opposition brief concerning Mr. Patel's trading information.

Regarding the June 25, 2024 sale price used in Mr. Patel's loss analysis, the $202.84 per share price represents the average trading price between the end of the class period and the date of the sale, *i.e.*, June 25, 2024. Mr. Patel's actual sale price for the transaction was $196.0498 per share, as reflected in the attached materials.

Sincerely,

 s/ Adam M. Apton
Adam M. Apton

Encls.

NEW YORK  ·  WASHINGTON, D.C.  ·  CONNECTICUT  ·  CALIFORNIA

 **Ameritrade**

800-669-3900
TD AMERITRADE
DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
*TD Ameritrade Clearing, Inc., Member SIPC*

Statement Reporting Period:
04/01/24 - 04/30/24

Statement for Account # ███████████

PRAFULCHANDRA G PATEL

████████████████

## Portfolio Summary

| Investment | Current Value | Prior Value | Period Change | % Change | Estimated Income | Estimated Yield | Portfolio Allocation |
|---|---|---|---|---|---|---|---|
| Margin Loan | | | | | | | |
| Insrd Dep Acct (IDA) | | | | | | | |
| Money Market | | | | | | | |
| Short Balance | | | | | | | |
| Stocks | | | | | | | |
| Short Stocks | | | | | | | |
| Fixed Income | | | | | | | |
| Options | | | | | | | |
| Short Options | | | | | | | |
| Mutual Funds | | | | | | | |
| Other | | | | | | | |
| **Total** | | | | | | | |
| **Margin Equity** | | | | | | | |

## Cash Activity Summary

## Income & Expense Summary

## Performance Summary

page 1 of 4

**Statement for Account #** ██████████

04/01/24 - 04/30/24

## Account Activity

| Trade Date | Settle Date | Acct Type | Transaction/ Cash Activity* | Description | Symbol/ CUSIP | Quantity | Price | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Opening Balance** | | | | | | | | | ████ |
| 04/11/24 | 04/15/24 | Margin | Sell - Securities Sold | TOYOTA MOTOR CORP ADR UNSPONSORED Regulatory Fee 39.66 | TM | 18,530- | $ 246.74 | $ 4,572,052.54 | 4,295,032.59 |
| 04/11/24 | 04/15/24 | Margin | Sell - Securities Sold | TOYOTA MOTOR CORP ADR UNSPONSORED Regulatory Fee 3.14 | TM | 1,470- | 246.97 | 363,042.76 | 4,658,075.35 |
| 04/12/24 | 04/16/24 | Margin | Buy - Securities Purchased | TOYOTA MOTOR CORP ADR UNSPONSORED | TM | 10,000 | 245.56 | (2,455,600.00) | 2,202,475.35 |
| 04/12/24 | 04/16/24 | Margin | Buy - Securities Purchased | TOYOTA MOTOR CORP ADR UNSPONSORED | TM | 10,000 | 245.01 | (2,450,100.00) | (247,624.65) |
| 04/12/24 | 04/16/24 | Margin | Buy - Securities Purchased | TOYOTA MOTOR CORP ADR UNSPONSORED | TM | 294 | 245.65 | (72,221.10) | (319,845.75) |
| 04/12/24 | 04/16/24 | Margin | Buy - Securities Purchased | TOYOTA MOTOR CORP ADR UNSPONSORED | TM | 200 | 245.61 | (49,122.00) | (368,967.75) |

## TD Ameritrade Cash Interest Credit/Expense

| Begin Date | Margin Balance | Credit Balance | Number of Days | Interest Rate | Interest Debited | Interest Credited |
|---|---|---|---|---|---|---|

## Important Information

**BREAKPOINTS**

Certain purchases of Class A Mutual Funds may be eligible for breakpoints on, and waivers of, the sales charge. To learn more about breakpoint discounts, go to http://www.finra.org/industry/issues/breakpoints. For more information on waiver eligibility, please refer to the fund prospectus.



Schwab One® Account of

PRAFULCHANDRA G PATEL

Statement Period
May 1-31, 2024

## Transactions - Summary

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|---|---|---|---|---|---|---|---|---|---|
| 05/20 | Purchase | | TM 06/21/2024 210.00 C | CALL TOYOTA MOTOR CORP $210 EXP 06/21/24 Commission $130.00; Exchange Processing Fee $2.20 | 200.0000 | 12.7200 | 132.20 | (254,532.20) | |
| | Purchase | | TM 06/21/2024 210.00 C | CALL TOYOTA MOTOR CORP $210 EXP 06/21/24 Commission $130.65; Exchange Processing Fee $2.21 | 201.0000 | 13.3248 | 132.86 | (267,962.86) | |



Schwab One® Account of

PRAFULCHANDRA G PATEL

Statement Period

June 1-30, 2024

## Positions - Summary

Values may not reflect all of your gains/losses; Schwab has provided accurate gain and loss information wherever possible for most investments. Cost basis may be incomplete or unavailable for some of your holdings and may change or be adjusted in certain cases. Statement information should not be used for tax preparation, instead refer to official tax documents. For additional information refer to Terms and Conditions.

## Cash and Cash Investments

## Transactions - Summary

## Transaction Details

| Date | Category | Action | Symbol/ CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/ Interest($) | Amount($) | Realized Gain/(Loss)($) |
|------|----------|--------|---------------|-------------|----------|------------------------|----------------------|-----------|-------------------------|
| 06/24 | Other Activity | Expired Short | TM 06/21/2024 210.00 C | CALL TOYOTA MOTOR CORP $210 EXP 06/21/24 | (401.0000) | *Expired worthless* | | | |
| 06/25 | Sale | | TM | TOYOTA MOTOR CORP   F SPONSORED ADR Exchange Processing Fee $115.10 | (20,494.0000) | 196.0498 | 115.10 | 4,017,730.28 | (1,009,312.82) (91) |