UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ISLAM ABEED,

                Plaintiff,

    v.

TOYOTA MOTOR CORPORATION, *et al.*,

                Defendants.

Case No. 2:24-cv-05284-FLA (MAAx)

**ORDER DENYING JOINT STIPULATION REGARDING SCHEDULING CONFERENCE [DKT. 44]**

Before the court is the parties' Joint Stipulation Regarding Scheduling Conference ("Stipulation"), requesting the court vacate the Scheduling Conference and associated deadlines.  Dkt. 44.  The parties rely on a section of the Private Securities Litigation Reform Act of 1995 (PSLRA), which states that, "[i]n any private action arising under this chapter, all discovery and other proceedings shall be stayed *during the pendency of any motion* to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party."  15 U.S.C. § 78u-4(b)(3)(B) (emphasis added).  No motion to dismiss, however, is currently pending before the court.  Accordingly, the court DENIES the Stipulation.

IT IS SO ORDERED.

Dated: February 13, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2