ALLEN OVERY SHEARMAN STERLING US LLP
Daniel H. R. Laguardia (SBN 314654)
140 New Montgomery Street,
10th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
daniel.laguardia@aoshearman.com

Daniel H. Gold (*pro hac vice*)
The Link at Uptown, 2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5777
dan.gold@aoshearman.com

*Counsel for Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM ABEED,<br>Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 2:24-cv-05284-SRM (MAA)<br><br>CLASS ACTION<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY RELATED TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge Serena R. Murillo |

NOTICE OF SUPPLEMENTAL AUTHORITY                    CASE NO. 24-CV-05284-SRM

Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda ("Defendants") respectfully submit this notice of supplemental authority to bring to the Court's attention a relevant case decided after the close of briefing on Defendants' motion to dismiss.

Attached as Exhibit A is a true and correct copy of the August 20, 2025 decision of the Ninth Circuit, *Sneed v. Talphera*, No. 24-3560, 2025 WL 2406424. In *Talphera*, the Court affirmed the dismissal of a putative securities fraud class action for failure to plead that the challenged statement was false or misleading when considered in the context of the entire statement. *Id.* at *4-6. *Talphera* also affirmed dismissal for failure to plead facts giving rise to a strong inference of scienter, recognizing that "[s]howing scienter necessarily becomes harder when the allegedly misleading statements are not flagrantly false because in those cases an innocent alternative explanation becomes more likely." *Id*. *6.

Dated:    September 5, 2025           Respectfully submitted,


/s/ *Daniel H. Gold*
ALLEN OVERY SHEARMAN
STERLING US LLP
Daniel H. Gold (*pro hac vice*)
The Link at Uptown, 2601 Olive Street,
17th Floor
Dallas, TX 75201
Tel.: (214) 271-5777
dan.gold@aoshearman.com

Daniel H.R. Laguardia (SBN 314654)
140 New Montgomery Street,
10th Floor
San Francisco, CA  94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
daniel.laguardia@aoshearman.com

Paula Anderson (*pro hac vice*)
599 Lexington Ave.
New York, NY 10022
Tel.: (212) 848-4000
paula.anderson@aoshearman.com

*Counsel for Defendants*
*Toyota Motor Corporation, Koji Sato,*
*Yoichi Miyazaki, and Akio Toyoda*