_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 2:24-cv-05284-SRM-MAA                         Date: September 5, 2025
Title: Islam Abeed v. Toyota Motor Corp., et al.

Present: **<u>HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE</u>**

<u>Gabriela Garcia</u>                                  <u>Not Reported</u>
Deputy Clerk                                     Court Reporter

Attorneys Present for Plaintiff:        Attorneys Present for Defendant:

Not Present                                  Not Present

**PROCEEDINGS:**       **SCHEDULING ORDER**

The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **ORDERS** that all discovery is stayed pending the ruling on the Defendants' Motion to Dismiss, Dkt. 53, and following such determination, the Court will request the filing of a renewed Joint Report pursuant to Rule 26(f) if necessary.

**cc: ADR**                                  Initials of Deputy Clerk:  gga

_____