ALLEN OVERY SHEARMAN STERLING US LLP
Daniel H. R. Laguardia (SBN 314654)
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
daniel.laguardia@aoshearman.com

Daniel H. Gold (*pro hac vice*)
The Link at Uptown, 2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5777
dan.gold@aoshearman.com

*Counsel for Defendants Toyota Motor Corporation,*
*Koji Sato, Yoichi Miyazaki, and Akio Toyoda*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM ABEED,<br>Individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>          Defendants. | Civil Action No. 2:24-cv-05284-SRM (MAA)<br><br>CLASS ACTION<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**<br><br>**DATE**: November 12, 2025<br>**TIME**: 1:30 P.M.<br>**COURTROOM**: 5D<br>**JUDGE**: Hon. Serena R. Murillo |

Pursuant to Central District of California Local Rule 7-10 and the Court's September 25, 2025 Order, ECF No. 75, Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda (collectively, the "Defendants") respectfully submit this motion for leave to file a notice of supplemental authority so that the Court may review and consider the recently issued Ninth Circuit opinion in *Sneed v. Talphera*, No. 24-3560, 2025 WL 2406424.  The *Sneed* opinion was issued after the close of briefing on Defendants' motion to dismiss and addresses issues relevant to the motion.  For this reason, Defendants respectfully request that the Court grant leave to file the Notice of Supplemental Authority attached hereto as Exhibit A.

Dated:  October 10, 2025

Respectfully submitted,

*/s/ Daniel H. Gold*

ALLEN OVERY SHEARMAN STERLING US LLP
Daniel H. Gold (*pro hac vice*)
The Link at Uptown, 2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel.: (214) 271-5777
dan.gold@aoshearman.com

Paula Anderson (*pro hac vice*)
599 Lexington Ave.
New York, NY 10022
Tel.: (212) 848-4000
paula.anderson@aoshearman.com

Daniel H.R. Laguardia (SBN 314654)
140 New Montgomery Street, 10th Floor
San Francisco, CA  94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
daniel.laguardia@aoshearman.com

*Attorneys for Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda*