**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISLAM ABEED,<br>Individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>    v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>              Defendants. | Civil Action No. 2:24-cv-05284-SRM (MAA)<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Hon. Serena R. Murillo |

On October 11, 2025, Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda (collectively, the "Defendants") filed a motion for leave to file a notice of supplemental authority in support of Defendants' motion to dismiss (the "Motion") (ECF No. 76).

The Court, having considered the Motion, and finding good cause therefor, hereby ORDERS as follows:

    1.    The Motion is GRANTED;

    2.    Defendants' Notice of Supplemental Authority is deemed filed.

**IT IS SO ORDERED.**

Dated: _____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE