ALLEN OVERY SHEARMAN STERLING US LLP
Daniel H. R. Laguardia (SBN 314654)
140 New Montgomery Street, 10th Floor
San Francisco, CA 94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
daniel.laguardia@aoshearman.com

Daniel H. Gold (*pro hac vice*)
The Link at Uptown, 2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone: (214) 271-5777
dan.gold@aoshearman.com

*Counsel for Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISLAM ABEED,<br>Individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TOYOTA MOTOR CORPORATION, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 2:24-cv-05284-SRM (MAA)<br><br>CLASS ACTION<br><br>**DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS**<br><br>**DATE**: November 12, 2025<br>**TIME**: 1:30 P.M.<br>**COURTROOM**: 5D<br>**JUDGE**: Hon. Serena R. Murillo |

Plaintiffs' Opposition does not provide any legitimate basis for opposing this Court's consideration of *Sneed v. Talphera*, a new Ninth Circuit opinion addressing a motion to dismiss in a securities case, or Defendants' Notice (Dkt. 76-1) briefly explaining why *Talphera* is relevant to the pending motion to dismiss.

The authorities cited by Plaintiffs address requests to file sur-reply briefs, *see* Opposition at 1, and none refused consideration of a new decision by the Ninth Circuit. *Barsuli v. GoodRx Holdings, Inc.*, 2024 WL 4406786, at *1-2 (C.D. Cal. July 22, 2024) (addressing request for leave to file a sur-reply with new arguments in response to a reply brief); *Tounget v. Valley-Wide Recreation & Park Dist.*, 2020 WL 8410456, at *1-3 (C.D. Cal. Feb. 20, 2020) (addressing request for leave to file supplemental opposition with new evidence); *Marcus v. CDC*, 2023 WL 3044614, at *6 n.7 (C.D. Cal. Feb. 21, 2023) (addressing motion for leave to file sur-reply).

To the extent those authorities have any bearing here, they support the Court's consideration of a new Ninth Circuit decision.   In *Tounget*, the court noted that a "valid reason" for granting leave is "when new and previously unavailable evidence becomes available to the parties subsequent to the filing of a brief." *Tounget*, 2020 WL 8410456, at *2 (internal citation omitted).   The same logic applies to consideration of a new decision that was unavailable at the time of briefing, which is why "[i]t is common practice in this district for parties to file [] notices [of supplemental authority] in such circumstances." *Bugiel v. Ford Motor Co.*, 2022 WL 17486358, at *2 (C.D. Cal. Dec. 6, 2022); *see also, e.g., Cone v. OverDrive, Inc.*, No. 2:25-CV-1617 (C.D. Cal. Sept. 23, 2025) (Dkt. 39) (granting motion for leave to file notice of supplemental authority for Ninth Circuit decision issued after briefing on pending motion to dismiss).  Indeed, in *Marcus* the court took notice of the case that the moving party sought to submit. *Marcus*, 2023 WL 3044614, at *6 n.7.

Rather than provide a basis for opposing the Court's consideration of *Talphera*, Plaintiffs instead ask the Court to analyze the decision and limit its application to its

REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE
NOTICE OF SUPPLEMENTAL AUTHORITY                                CASE NO. 24-CV-05284-SRM

facts. Opposition at 1-2.  But Plaintiffs do not address the legal principles that Defendants' Notice identifies as being applicable: the need to review statements in context (applicable here to statements made in the context of discussions around certification issues at the Daihatsu subsidiary) and the significant challenge plaintiffs bear when attempting to plead scienter as to a statement that is not flagrantly false (applicable here to statements that, at worst, were ambiguous or unclear regarding the scope of the referenced investigation).  *See* Notice at 1-2.  If anything, Plaintiffs' attempt to raise factual distinctions only confirms that this Court should consider *Talphera* as Defendants have requested.

Dated:  October 27, 2025

Respectfully submitted,

*/s/ Daniel H. Gold*
ALLEN OVERY SHEARMAN
STERLING US LLP
Daniel H. Gold (*pro hac vice*)
The Link at Uptown, 2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel.: (214) 271-5777
dan.gold@aoshearman.com

Paula Anderson (*pro hac vice*)
599 Lexington Ave.
New York, NY 10022
Tel.: (212) 848-4000
paula.anderson@aoshearman.com

Daniel H.R. Laguardia (SBN 314654)
140 New Montgomery Street, 10th Floor
San Francisco, CA  94105
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
daniel.laguardia@aoshearman.com

*Attorneys for Defendants Toyota Motor Corporation, Koji Sato, Yoichi Miyazaki, and Akio Toyoda*